IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THADDEUS MOORE
10069 GUILFORD RD
JESSUP MD 20794

2014 JUN -4 P 1:03

CLERK'S
BY JB

(Full name and address of the plaintiff)
Plaintiff(s)

vs.

MOUNT SAINT JOSEPH HIGH SCHOOL
4403 FREDERICK AVE 21229
XAVERIAN BROTHERS GENERALATE
4409 FREDERICK AVE
BALTIMORE MD 21229

(Full name and address of the defendant(s))
Defendant(s)

Civil No.: **CCB 14 CV 1788**
(Leave blank. To be filled in by Court.)

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

2. The facts of this case are:

SEE ATTACHED

3. The relief I want the court to order is:

☒ Damages in the amount of: __10 MILLION U.S DOLLARS__

☒ An injunction ordering: __NO STAFF AT MT ST JOSEPH CONTACT MY CHILD THADDEUS MOORE II__

☒ Other (explain) __POLICE INVESTIGATION OF BARRY FITZPATRICK AS WELL AS MSJ officials__

__6-4-2014__
(Date)

_Thaddeus Moore_
(Signature)

THADDEUS MOORE
10069 GUILFORD RD
JESSUP MD 20794
(301) 642-6938
THADDEUS MOORE
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.