

Thaddeus Moore <thaddeusm090@gmail.com>

## something much bigger than football
2 messages

---

**Thaddeus Moore** <thaddeusm090@gmail.com>                          Fri, Oct 22, 2010 at 3:24 PM
To: bhenry@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, paul@admin.msjnet.edu, jkelly@admin.msjnet.edu
Bcc: csorrell@umd.edu, thaddeusm090@gmail.com

---

### Forwarded conversation
Subject: **Something much bigger than football**
—————————————

From: **Thaddeus Moore** <thaddeusm090@gmail.com>
Date: Thu, Oct 21, 2010 at 1:40 PM
To: bhenry@admin.msjnet.edu
Cc: paul@admin.msjnet.edu, jkelly@admin.msjnet.edu, barry@admin.msjnet.edu, thaddeusm090@gmail.com

Gentlemen I did receive your emails today, however I am attempting to answer various issues that have come to my
attention regarding child abuse that has taken place at MSJ in the football program. After it had come to my attention
an incident happened at football practice where a child was verbally abused by coach Blake Henry using profanity
directed at a child in front of witnesses. After speaking with Br. James Kelly he confirmed that an incident took place,
stated he's a young coach and proceeded to ask me "how many mistakes have you made in your life" I replied, "I
have coached in Columbia for 12 years and have never used profanity at a child". While speaking with other parents
at the games who have met with coach Henry and after speaking with my son, a meeting with the coach only is
inappropriate as I understand. Child abuse is something much bigger than football and it is to my understanding that
incidents of suspected emotional may have also occurred. The fact that he is a young coach has nothing to do with
the situation at hand. I don't understand why an institution with such prestige even begin to accept such an
unacceptable form of coaching.

                                                                                Thaddeus Moore SR

————
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Thu, Oct 21, 2010 at 1:40 PM
To: thaddeusm090@gmail.com

Delivery to the following recipient failed permanently:

    thaddeusm090@gail.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other
email provider for further information about the cause of this error. The error that the other server returned was: 550
550 #5.1.0 Address rejected thaddeusm090@gail.com (state 14).

—— Original message ——