

Thaddeus Moore <thaddeusm090@gmail.com>

## Child abuse at Mount Saint Joseph
2 messages

---

**Thaddeus Moore** <thaddeusm090@gmail.com>     Mon, Oct 25, 2010 at 11:46 AM
To: bhenry@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, jkelly@admin.msjnet.edu, paul@admin.msjnet.edu
Bcc: csorrell@umd.edu

It is with great sadness I am writing this email. After composing the email to the parties of interest I have learned of another incident of child abuse at the MSJ football program. in addition to the emotional and mental abuse that has happened to my son within the MSJ football program this season. On three separate occasions the first incident was October 14 2010. Drexel Mosby had profanity used to him by coach Blake Henry, telling the child "get your sorry ass out of practice". When the mother of the child approached the coach she was told I don't need him send him to public school. On the 16th of October the team had traveled to Boston to play Saint Johns prep where another incident of abuse occurred. After the team returned from Boston a meeting was held with the parents of Drexel Mosby, coach Blake Henry, Paul Triplet athletic director Principal Barry Fitzpatrick and Bro. James Kelly. I have brought my concerns to the attention of the interested parties with unsatisfactory results. Not only were proper authorities not notified but neither were the parents of the members of the team. I believe I can speak for all the parents and say Child Abuse will not be tolerated and has occurred one more than one occasion. This is certainly unacceptable behavior from the coach as well as any MSJ administration member who knew of the abuse and did nothing. As a concerned parent I am asking for the immediate removal of the coach as well as any parties who have broken child abuse laws pertaining thereto.

Thaddeus Moore

SR

---

**Thaddeus Moore** <thaddeusm090@gmail.com>     Tue, Jan 3, 2012 at 2:02 PM
To: Joeann.Weaver@baltimorepolice.org
Cc: Fran.Allen@mail.house.gov
Bcc: csorrell@umd.edu

[Quoted text hidden]