Subject: CHILD ABUSE at MSJ
From: Thaddeus Moore <thaddeusm090@gmail.com>
To: MSerene@DHR.State.Md.US
Content-Type: multipart/alternative; boundary=0016364c7e6525d01e049a98e848
[Quoted text hidden]

---

**Michael Serene** <MSerene@dhr.state.md.us>       Tue, Jan 25, 2011 at 2:05 PM
To: Thaddeus Moore <thaddeusm090@gmail.com>

Hello, Mr. Moore-

Your e-mail has been received and reviewed. It will be included as part of the record of prior referrals. While it is clear you have serious concerns about the treatment of your son and of other players on his team, unfortunately this information does not rise to the level of child abuse, neglect, or mental injury as outlined in Annotated Code of Maryland (COMAR).
If you have any further information, esp. information that supports your allegation that Mr. Fitzpatrick is a pedophile, please contact our agency at 410-361-2235. This number is our 24 hour hotline, and that way you can be ensured your information will be addressed ASAP, and not risk that I may be on leave or otherwise out if you leave me a voice mail or e-mail.
I encourage you to continue to review your other options to respond to your concerns, as we have discussed during our prior phone calls.

Sincerely,

Michael Serene, LCSW-C
Social Work Supervisor, Screening Unit
BCDSS Safety/Child Protective Services
1900 N. Howard Street
Baltimore, MD 21218


>>> Thaddeus Moore <thaddeusm090@gmail.com> 1/24/2011 10:03 AM >>>
My name is Thaddeus Moore SR and I am writing this email to the interested parties regarding Child Abuse that has occurred at Mount Saint Joseph. It is my firm belief that my child has been targeted by a man who is a pedophile; that person being the Principal Barry Fitzpatrick. Who is a known homosexual. While this is known by parents and students alike, this is his second offense of his abuse of power towards my son.

This abuse started when my son was a freshman at MSJ. He was suspended from school for telling a joke in private after school hours and was detained until he was forced to tell what the joke he said was to Mr. Murphy. After the suspension he was ordered to take mental evaluation at school. Even though his parents strongly disagreed with the schools actions we permitted him to stay at the school because he liked it then. This abuse continued with the hiring of coach Henry Blake whose Overt ABUSE was clear when he told Drexel Mosby to "get your sorry ass out of practice" this after having thrown my son out of practice two times for no explained reason. The abuse continued 2 days later in Boston Mass when the coach told junior Hunter Eubanks to stay in the locker room, this because the coach felt he was not hustling enough during pre-game warm ups. After 30 minutes or so there the coach went to the locker room and told the player to sit in the stands and not with the team. My son later stated in counseling session that at this point he was at his "breaking point". This after the verbal abuse to him as well as other players witnessed by the entire team. The overt abuse to my son by demeaning insulting and ignoring had been well established. Only to have been accompanied the Control and abuse by proxy that was clearly in place at the time because this was the fourth game of his senior season he didn't play. After starting the season at strong side linebacker and being the most experienced tallest strongest and fastest and productive linebackers on the team. I encourage investigators to view the tapes of the games. Never was a discouraging attitude displayed by this senior player only encouragement to his fellow teammates. After initial contact with Bro. James Kelly and several emails the mental abuse culminated on the field when this senior on senior day was not permitted to play in a game where his team was behind 49-0 in the first half of the game. The fostering of an enviorment of fear and intimidation is certainly present as that confirmation can be obtained in the emails of which I will provide upon request.