

Thaddeus Moore <thaddeusm090@gmail.com>

## FW: Latest draft e-mail to Mr. Moore
2 messages

**Barry Fitzpatrick** <barry@admin.msjnet.edu>　　　　　　　　　　　　　　　　　　　　Tue, Oct 26, 2010 at 5:53 PM
To: "thaddeusm090@gmail.com" <thaddeusm090@gmail.com>

**From:** Barry Fitzpatrick
**Sent:** Tuesday, October 26, 2010 4:33 PM
**To:** 'Kathy Hoskins'; Br. James Kelly
**Subject:** Latest draft e-mail to Mr. Moore

Dear Mr. Moore,

Thank you for your e-mail of October 25th. Given that your recounting of our conversation on Monday, October 25th, is not entirely as I recall it, I thought it best to re-state exactly what I said to you when we spoke on Monday.

I called you Monday, and you said immediately that you did not want to talk to me but to Brother James. When I explained that Brother asked me to call you, you said to go ahead, and I made three points:

- We have investigated each of the cases you bring up in your earlier e-mails, none of which involve your son. In each case, parents were contacted, the coach was spoken to in the presence of the athletic director, and the matters were settled with parents, coaches, the athletic director, and the young men involved. No parent involved has asked us to investigate claims of child abuse, and we do not believe that the incidents are reportable as such under Maryland law. You re-stated to me Monday on the phone that your issue with your son is playing time.

- None of the incidents you describe rise to the level of child abuse. This is not to say that unacceptable behavior on the part of anyone on our staff should be overlooked because of definitions, legal and otherwise. It is only to say that none of the incidents you described are child abuse. Were they, they would have been reported to the proper authorities. You called in a "911" call to the local police jurisdiction, and the local major sent a lieutenant out to campus to investigate. I stated to the lieutenant exactly what I stated to you Monday regarding the coach's interaction with the student. The lieutenant made the determination that the incident was not abuse.

- The School has no intention of removing anyone from our coaching staff based on the incidents mentioned in your e-mails. As noted above, each matter was reviewed, and appropriate actions were taken.

On Monday, you indicated to me that you were pursuing legal action, although none of the incidents that you mentioned involved your son. Litigation, or the threat of litigation, clearly is not the relationship that we seek to have with Mount students and their families. Today, you arrived unannounced in my office with two Baltimore City police officers who heard the same details I just described above. You were not satisfied with their response, and you asked

for their supervisor to appear on campus so you could speak to him. He told you that no report will be filed because no abuse has occurred. If you continue to pursue the course of action which you indicated on Monday, please have your attorney write to Brother James Kelly, CFX, the School's president, so that we can refer the matter to the School's legal counsel.

Sincerely,

Barry J. Fitzpatrick

Principal


Barry J. Fitzpatrick

Principal

Mount Saint Joseph High School

4403 Frederick Avenue

Baltimore, MD 21229

410-646-6225

410-646-6221 fax

www.msjnet.edu

---

**Thaddeus Moore** <thaddeusm090@gmail.com>　　　　　　　　　　　　　　　　　　Mon, Nov 29, 2010 at 12:24 PM
To: prbj1@juno.com
Bcc: csorrell@umd.edu

[Quoted text hidden]