

Thaddeus Moore <thaddeusm090@gmail.com>

## Child Abuse at MSJ
2 messages

---

**Thaddeus Moore** <thaddeusm090@gmail.com>                              Wed, Oct 27, 2010 at 8:51 PM
To: jkelly@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, Ahession@xaverianbrothers.org
Bcc: thaddeusm090@gmail.com, csorrell@umd.edu

This is to confirm my conversation with Bro. James Kelly this morning as well as confirmation of email received from Principal Barry Fitzpatrick today. Again you have failed to correctly recall what actually took place yesterday as you did involving the suspension two years previous Mr. Fitzpatrick, or at least your documentation of it is incorrect. Child Abuse is a very serious subject for any child and parent but especially when it is my child. Yes I did show up unannounced at your office yesterday with officer Riley and agent Simmons yesterday, and agent Simmons did state that there was a law stating a person is prohibited from using profanity directed at another person, but rarely enforced in Baltimore City. But previous to the meeting at your office I was advised to ask for the ranking officer on duty to appear if the officer was reluctant. I did so and lieutenant Schulenberg did appear, however you were not present in the office. At which time the lieutenant stated to me the correct state agency to file a report of Child Abuse at, after leaving your office I did contact the agency and a report of Child Abuse was filed. At first I found it quite odd that after officer Riley asked Mr. Fitzpatrick to bring the coach into the meeting and his refusal to do so, but then after recalling my son telling me " the coach talks down to not only players but other coaches as though he is some king" which has led to the verbal confrontation between not only other coaches but parents as well, which was why I declined to meet with the coach as my son feared a physical confrontation would take place at the time. In the meeting also Mr. Fitzpatrick also stated this is all about my sons playing time, this too is incorrect. This is about something much bigger than football, this is about Child Abuse!. As I stated to Bro. James this morning after preliminary investigation with the agency you will be notified of status of the situation.

Thaddeus Moore Sr

---

**Thaddeus Moore** <thaddeusm090@gmail.com>                              Tue, Jan 3, 2012 at 2:14 PM
To: Joeann.Weaver@baltimorepolice.org
Cc: Fran.Allen@mail.house.gov
Bcc: csorrell@umd.edu

[Quoted text hidden]