

Thaddeus Moore <thaddeusm090@gmail.com>

## Additional information regarding child abuse at MSJ
1 message

**Thaddeus Moore** <thaddeusm090@gmail.com>  Mon, Feb 7, 2011 at 3:37 PM
To: Mmcgrath@dhr.state.md.us

Ms Mcgrath this email is to confirm your receipt of the fax sent to your office today per your attention. As well as information regarding Mr. Vincent Fuller SR. former track coach at MSJ. I will give you a call on tuesday to proceed.

Thaddeus Moore SR