

Thaddeus Moore <thaddeusm090@gmail.com>

---

## Mr. Leimkuhler
3 messages

---

**Br. James Kelly** <jkelly@admin.msjnet.edu>  Wed, Dec 1, 2010 at 11:12 AM
To: Thaddeus Moore <thaddeusm090@gmail.com>

Mr. Moore

I have given your phone number to the chairman of the Mount's board, Mr. Urban Leimkuhler. He will call you today or tomorrow.

Brother James

> Brother James M. Kelly, C.F.X.
> Mount Saint Joseph
> President
>
> (410) 646-6211 Work
> JKELLY@admin.msjnet.edu
> 4403 Frederick Avenue
> Baltimore, Md 21229
> www.msjnet.edu

📎 **Brother James M Kelly C F X .vcf**
5K

---

**Thaddeus Moore** <thaddeusm090@gmail.com>  Mon, Feb 7, 2011 at 12:05 PM
To: Mmcgrath@dhr.state.md.us

[Quoted text hidden]

📎 **Brother James M Kelly C F X .vcf**
5K

---

**Thaddeus Moore** <thaddeusm090@gmail.com>  Mon, Jan 2, 2012 at 5:52 PM
To: thaddeusm090 <thaddeusm090@gmail.com>

[Quoted text hidden]

📎 **Brother James M Kelly C F X .vcf**
5K