ELIJAH E. CUMMINGS
7TH DISTRICT, MARYLAND

RANKING MEMBER, COMMITTEE ON
OVERSIGHT AND GOVERNMENT REFORM

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON COAST
GUARD AND MARITIME TRANSPORTATION
SUBCOMMITTEE ON
HIGHWAYS AND TRANSIT

JOINT ECONOMIC COMMITTEE

# Congress of the United States
## House of Representatives
### Washington, DC 20515

☒ 2235 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-2007
(202) 225-4741
FAX: (202) 225-3178

DISTRICT OFFICES:
1010 PARK AVENUE
SUITE 105
BALTIMORE, MD 21201-5037
(410) 685-9199
FAX: (410) 685-9399

☐ 754 FREDERICK ROAD
CATONSVILLE, MD 21228-4504
(410) 719-8777
FAX: (410) 455-0110

☐ 8267 MAIN STREET
ROOM 102
ELLICOTT CITY, MD 21043-9903
(410) 465-8259
FAX: (410) 465-8740

www.house.gov/cummings

May 10, 2011

Mr. Thaddeus Moore
10069 Guilford Road
Jessup, Maryland 20794-9541

Dear Mr. Moore:

This letter is a response to your racial discrimination complaint regarding Mount Saint Joseph High School.

Mount Saint Joseph High School is a private educational institution sponsored by the Xaverian Brothers. I contacted the Principal Barry Fitzpatrick at Mount Saint Joseph High School and the Maryland State Department of Education Equity Assurance and Compliance Office regarding your complaint. On May 6, 2011, Mr. Fitzpatrick informed my office that the athletic staff made a decision to limit your son's football playing time and no evidence of racial discrimination was found. In addition, he stated that the school administration and legal counsel have responded to your complaint.

On May 6, 2011, Ms. Linda Shevitz with the Maryland State Department of Education Equity Assurance and Compliance Office informed my office that their office does not have authority to enforce the Civil Rights Act with private educational institutions that do not receive federal financial assistance.

Title VI of the Civil Rights Act of 1964 prohibits discrimination based on race, color, or national origin in programs or activities receiving federal financial assistance. The Office for Civil Rights enforces several Federal civil rights laws that prohibit discrimination in programs or activities that receive federal financial assistance from the Department of Education. Discrimination on the basis of race, color, and national origin is prohibited by Title VI of the Civil Rights Act of 1964.

I have attached Office for Civil Rights resources on race and national origin discrimination and the Office for Civil Rights complaint process.