

**Baltimore City**
Department of Social Services

Molly McGrath Tierney
Director

Talmadge Branch Building
1910 N. Broadway
Baltimore, Maryland
21213

Director's Office:
443-378-4600

General Information:
1-800-332-6347

Stephanie Rawlings-Blake
Mayor

Commission Members

Mary J. Demory, Chair

Richard P. Barth
Pamela Bohrer Brown
Sophie Dagenais
Jacquelyn Duval-Harvey
Camron Ellerbee
M. Thomas Graham
Ernestine F. Jones
Ruth W. Mayden
Sam Macer
Anna R. McPhatter
David H. Thompson, Jr.



TDD 443-423-6502

An Equal Opportunity Employer

February 10, 2011

Thaddeus Moore
10069 Guilford Road
Jessup, MD 20794

Dear Mr. Moore:

Thank you for your recent correspondence regarding your experiences at Mt. Saint Joseph High School. I deeply appreciate the concern you have for your son and his classmates, and share your commitment to surrounding children with good role models.

The Department of Social Services is responsible for investigating incidents of abuse and neglect of children. Abuse and neglect are clearly defined in Maryland regulations, and they provide the boundaries of our work. These regulations are important protection for families and professionals alike.

In this case, the incidents you describe to me do not fall within Maryland's definition of abuse and neglect. While I understand your distress at the use of offensive language in the presence of children, it is not neglect or abuse in the State of Maryland. Our regulations also do not cover playing time on athletic teams, school suspensions, school personnel practices, or police matters. For those issues, I recommend you contact the Mt. Saint Joe's school board or your local police department.

I will not be able to open an investigation based on your report at this time. I realize that this news may be met with some disappointment on your part. If so, I can only suggest you consider transferring your son to a school that better meets your value system.

My office remains available to you. If at any time you believe a child is being abused or neglected by Maryland's definition, please contact my hotline at 410-361-2235. We are available to you 24 hours a day.

Thank you for taking the time to write and call.

Sincerely,

Molly McGrath Tierney
Director

Martin O'Malley, Governor • Anthony G. Brown, Lt. Governor • Theodore Dallas, Interim Secretary