



STEPHANIE RAWLINGS-BLAKE
Mayor

FREDERICK H. BEALEFELD, III
Police Commissioner

February 29, 2012

Mr. Thaddeus Moore
10069 Guilford Rd.
Jessup, MD. 20794

Dear Mr. Moore:

This is to acknowledge receipt of your complaint, dated February 29, 2012.

Please be advised that your complaint has been referred to the Criminal Investigation Division for appropriate attention. You may contact Sergeant Marvin Credell directly at (410) 396-2605 for further information. Please refer to Case Number: CIU 12-01030.

Thank you for bringing this matter to our attention.

Sincerely,

Grayling G. Williams
Chief
Internal Investigation Division

*[handwritten annotations: GRAYLING WILLIAM @BALTIMORE POLICE .ORG / DET REED / HAILEY]*

cc: Criminal Investigation Division
MQD/ms

c/o 242 W. 29th Street • Baltimore, Maryland 21211