
web.com·    Helping small businesses **succeed** online    GET 15% OFF TODAY    Get Started

HOME   NEWS   LOCAL   SPORTS   RAVENS   BUSINESS   ENTERTAINMENT   LIFE   HEALTH   OPINION   MARKETPLACE   SERVICES

Home → Collections → **Minors**


CLASSIC KIA ELLICOTT CITY    10 YEAR 100,000 MILE WARRANTY

VIEW INVENTORY (KIA)
8594 BALTIMORE NATIONAL PIKE, ELLICOTT CITY, MD | 877-574-6506

# Former teacher who had sexual relationship with student, 17, pleads guilty He gets probation, suspended sentence

October 31, 1997 | By Ivan Penn | Ivan Penn,SUN STAFF

Recommend [ 0 ]

0       0
Tweet   8+1

A former drama teacher at Mount St. Joseph High School pleaded guilty yesterday to having a three-month relationship with a 17-year-old student and, as a result, was given a suspended sentence and probation.

The former teacher, Robert A. Gee of the 1100 block of N. Calvert St., received a three-year suspended sentence and three years of probation for child sexual abuse.


web.com·  Helping small businesses **succeed** online  GET 15% OFF TODAY  Get Started

Earn Cash With Your Car
uber.com
Drive With Uber and Make $40+/Hour Giving Rides In DC. Start Now!

Become a Lyft Driver
get.lyft.com/drive
Drive Your Car Whenever You Want. Join Lyft and Make Up to $20/Hour!

Innovate and Collaborate
brainbankinc.com
Idea Management Software High ROI, Fast Results

Gee, who also taught religious studies at the private boys' school, was prohibited from having contact with the victim and must register with the police as a sexual offender.

'I'm very sorry'

"I would like to apologize for my lack of judgment," Gee told Baltimore Circuit Judge Paul A. Smith. "I'm very sorry."

Michael Reed, the assistant state's attorney who prosecuted the case, said the sexual relationship between Gee and the male student was consensual, which played a key role in the outcome of the case.

"The victim confirmed that there had been a sexual relationship between him and the teacher. They engaged in a consensual sexual relationship," Reed told the court.

Under the law, minors may not give consent to adults, but consensual sexual relationships can be difficult to prosecute.

Peggy Mainor, executive director of the Baltimore Child Advocacy Network, a private, nonprofit organization that works with sexually abused minors, said cases in which the minor consents often result in little or no time behind bars for the accused while the victim is left to suffer.

"It's devastating" to the victim, Mainor said. "That's not the way it should be."

Mainor, whose organization is studying how the courts have treated adults accused of consensual sexual relationships with minors, said prosecutors often seek plea agreements in such cases because juries aren't sympathetic to victims who willingly participate in sexual relationships, even if they are minors.

"Jurors say, 'Why am I here? This was a voluntary act,' " said Mainor, a former city prosecutor. The result, she said, is often an acquittal, which is why such cases often are settled in plea agreements.

Smith said he could not comment about the sentence, which Gee could appeal.

'Inappropriate comments'

Gee and the student had known each other for about two years when the sexual relationship began in February. It ended in May when another staff member at Mount St. Joseph's overheard Gee "making inappropriate comments that hinted at sexual activity," according to court documents.

The staff member told another teacher, who informed the school's principal, Barry Fitzpatrick, according to the documents.

Gee resigned May 31.

## Related Articles

Baltimore priest steps down for 1999 hiring of sex offender
*June 23, 2002*

Acquitted sergeant sees bias in Aberdeen probe...
*March 23, 1997*

Priest is bid a tearful goodbye at Holy Cross
*June 24, 2002*

Sweep aims at the most dangerous
*July 13, 2008*

One More Battle
*April 1, 2007*

## Find More Stories About

Minors

Suspended Sentence

Gee

Max Lauten, Gee's lawyer, emphasized that the relationship was consensual. Reading letters from supporters, Lauten described Gee -- who was in tears at that point -- as "greatly admired and loved."

Lauten said Gee became involved with the minor after working closely with him and not having had a romantic relationship in several years.

## Man Cheats Credit Score



thecreditsolutionprogram.com

1 simple trick & my credit score jumped 217 pts. Banks hate this!

"The relationship in question is the only ethically compromised relationship" Gee had, Lauten said. "He had no sexual relationship with any student until this case. He is not likely to again."

Charles L. Reiter, president of the high school, would not comment on the court case, but he said sexual relationships between teachers and students at Mount St. Joseph are forbidden.

"A minor has been hurt," Reiter said. "He in the eyes of the law cannot give consent. It was absolutely against the law. We're very grateful that the whole thing has been brought to some closure."

Pub Date: 10/31/97

## Interview Answers "Trick"

interviewmastersystem.com

I bungled every job interview until I stumbled on this 3 step method

---

### Featured Articles



Lederer, former Maryland basketball manager, dies at 20



Grave finally arrives for Norman 'Chubby' Chaney



Memorial Day marked with crabs, parades, pool openings and solemn celebrations

MORE:

Today is not Veterans Day

A half-century ago, new 50-star American flag debuted in Baltimore

Ray Rice avoids trial on assault charge, accepted into program

Teen sentenced to 30 years in fatal shooting of pregnant woman

Annapolis parade highlights Memorial Day events in Arundel

'Game of Thrones' recap, Littlefinger's plot

---



Index by Keyword  |  Index by Date  |  Privacy Policy  |  Terms of Service

Please note the green-lined linked article text has been applied commercially without any involvement from our newsroom editors, reporters or any other editorial staff.