# BONNER KIERNAN

BONNER KIERNAN TREBACH & CROCIATA LLP

36 S. Charles Street, Suite 2310 | Baltimore, MD 21201-3001 | Telephone: (410) 415-1666 | Fax: (410) 415-1667

www.bonnerkiernan.com

September 2, 2014

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the
  District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Thaddeus Moore v. Mount Saint Joseph High School
            Civil Action No.: 14-CV-01788-CCB

Dear Judge Blake:

    The purpose of this letter is to request that you advise by Court order or otherwise, the Plaintiff in this case not to attempt direct contact with the represented Defendants in this case.

    I am advised by my client that Plaintiff attempted direct contact today. Plaintiff is already aware that I represent Defendant Mount Saint Joseph High School. I have advised him to contact me directly with any questions or concerns he may have. I have specifically advised him to contact me in writing only after a series of what we considered to be improper and harassing calls and comments directed to myself and my staff.

    Any assistance the Court can render would be greatly appreciated.

                            Very truly yours,

                            /s/

                            Ronald M. Cherry

RMC/tal

cc:    Mr. Thaddeus Moore

Connecticut | Maryland | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island | Virginia | Washington, DC

299504_1