September 5, 2014

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 SEP -9 P 12: 13

CLERK'S OFFICE

BY A0

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

| THADDEUS MOORE | * | |
|---|---|---|
| PLAINTIFF | * | CIVIL NO. |
| V | * | 14-CV-01788CCB |
| MT. SAINT JOSEPH HIGH SCHOOL | * | |
| XAVERIAN BROTHERS GENERALATE | * | |
| BARRY FITZPATRICK | | |
| BLAKE HENRY | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO BRING AN ADDITIONAL CHARGE OF OBSTRUCTION OF JUSTICE AGAINST DEFENDANTS

This charge stems from Thaddeus Moore, the Plaintiff, summoning the Baltimore City Police to the Mount Saint Joseph High School. Officer Riley, Agent Simmons and Lieutenant Schullenberg – all from the Baltimore City Police Department – will verify that Barry Fitzpatrick, principal of MSJHS at that time, refused to summon Coach Blake Henry even though Plaintiff was with the Police stating that Plaintiff's child had been verbally, mentally and emotionally abused by Coach Henry.

*Thaddeus Moore* (signature)