

Ce Sorrell <csorrellccl@gmail.com>

## Fwd: Litigation against Mount Saint Joseph
1 message

**Thaddeus Moore** <thaddeusm090@gmail.com>  Thu, Sep 4, 2014 at 4:51 PM
To: Ce Sorrell <csorrellccl@gmail.com>

---------- Forwarded message ----------
From: **Thaddeus Moore** <thaddeusm090@gmail.com>
Date: Wed, May 28, 2014 at 9:31 AM
Subject: Litigation against Mount Saint Joseph
To: btucker@gejlaw.com

Although I would have rather settled this matter privately this matter privately, after speaking with Mr. Andrews of MSJ and no resolution being offered thus litigation is our only option. I have previously requested that MSJ Do Not Contact my son as ambient abuse was a problem at MSJ as I had stated in various emails to police and child protective services. Your time has been greatly appreciated.
                              - Thaddeus Moore

EXHIBIT A