

Thaddeus Moore <thaddeusm090@gmail.com>

# Fwd: Lack of Playing Time For Thaddeus Moore -- Four of Six

5 messages

**Thaddeus Moore** <thaddeusm090@gmail.com> Mon, Nov 29, 2010 at 12:39 PM
To: prbj1@juno.com
Bcc: csorrell@umd.edu

## Forwarded conversation

Subject: **Lack of Playing Time For Thaddeus Moore**

---

From: **Thaddeus Moore** <thaddeusm090@gmail.com>
Date: Tue, Oct 19, 2010 at 4:27 PM
To: bhenry@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, paul@admin.msjnet.edu, jkelly@admin.msjnet.edu

Coach Henry, I am writing you regarding my son's lack of playing time in particular the last (4) games. After speaking with my son he tells me you say he isn't putting forth enough effort. My son and I disagree. At 6'2" 200lbs he is the biggest and fastest linebacker as a senior on the MSJ football team. I would like to set up a meeting with you, my son, and the President Brother James Kelly. The issue is simple. When Thaddeus has played in the linebacker rotation @ MSJ, a margin of victory is 25 points. When he has not played the margin of defeat is approximately 25 points. High School Football is a business; the object is to win. Is it not?

Sincerely,

Thaddeus Moore, Sr

---

From: <blakehenry@gmail.com>
Date: Tue, Oct 19, 2010 at 4:31 PM
To: Thaddeus Moore <thaddeusm090@gmail.com>

Mr. Moore,

I can not speak for Brother, but you, Thaddeus, and myself can meet any day this week and we can discuss why he isn't playing. I get to school at 7:30am. If that isn't convenient for you, just let me know when you would like to meet.

Coach Henry

Sent on the Sprint® Now Network from my BlackBerry®

EXHIBIT B

---

**From:** Thaddeus Moore <thaddeusm090@gmail.com>
**Date:** Tue, 19 Oct 2010 16:27:53 -0400



Thaddeus Moore <thaddeusm090@gmail.com>

## something much bigger than football

2 messages

**Thaddeus Moore** <thaddeusm090@gmail.com> Fri, Oct 22, 2010 at 3:24 PM
To: bhenry@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, paul@admin.msjnet.edu, jkelly@admin.msjnet.edu
Bcc: csorrell@umd.edu, thaddeusm090@gmail.com

### Forwarded conversation

Subject: **Something much bigger than football**

---

From: **Thaddeus Moore** <thaddeusm090@gmail.com>
Date: Thu, Oct 21, 2010 at 1:40 PM
To: bhenry@admin.msjnet.edu
Cc: paul@admin.msjnet.edu, jkelly@admin.msjnet.edu, barry@admin.msjnet.edu, thaddeusm090@gmail.com

Gentlemen I did receive your emails today, however I am attempting to answer various issues that have come to my attention regarding child abuse that has taken place at MSJ in the football program. After it had come to my attention an incident happened at football practice where a child was verbally abused by coach Blake Henry using profanity directed at a child in front of witnesses. After speaking with Br. James Kelly he confirmed that an incident took place, stated he's a young coach and proceeded to ask me "how many mistakes have you made in your life" I replied, "I have coached in Columbia for 12 years and have never used profanity at a child". While speaking with other parents at the games who have met with coach Henry and after speaking with my son, a meeting with the coach only is inappropriate as I understand. Child abuse is something much bigger than football and it is to my understanding that incidents of suspected emotional may have also occurred. The fact that he is a young coach has nothing to do with the situation at hand. I don't understand why an institution with such prestige even begin to accept such an unacceptable form of coaching.

Thaddeus Moore SR

---

From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Thu, Oct 21, 2010 at 1:40 PM
To: thaddeusm090@gmail.com

Delivery to the following recipient failed permanently:

thaddeusm090@gail.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 #5.1.0 Address rejected thaddeusm090@gail.com (state 14).

EXHIBIT B2

----- Original message -----



Thaddeus Moore <thaddeusm090@gmail.com>

## Child abuse at Mount Saint Joseph

2 messages

**Thaddeus Moore** <thaddeusm090@gmail.com> Mon, Oct 25, 2010 at 11:46 AM
To: bhenry@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, jkelly@admin.msjnet.edu, paul@admin.msjnet.edu
Bcc: csorrell@umd.edu

It is with great sadness I am writing this email. After composing the email to the parties of interest I have learned of another incident of child abuse at the MSJ football program. in addition to the emotional and mental abuse that has happened to my son within the MSJ football program this season. On three separate occasions the first incident was October 14 2010. Drexel Mosby had profanity used to him by coach Blake Henry, telling the child "get your sorry ass out of practice". When the mother of the child approached the coach she was told I don't need him send him to public school. On the 16th of October the team had traveled to Boston to play Saint Johns prep where another incident of abuse occurred. After the team returned from Boston a meeting was held with the parents of Drexel Mosby, coach Blake Henry, Paul Triplet athletic director Principal Barry Fitzpatrick and Bro. James Kelly. I have brought my concerns to the attention of the interested parties with unsatisfactory results. Not only were proper authorities not notified but neither were the parents of the members of the team. I believe I can speak for all the parents and say Child Abuse will not be tolerated and has occurred one more than one occasion. This is certainly unacceptable behavior from the coach as well as any MSJ administration member who knew of the abuse and did nothing. As a concerned parent I am asking for the immediate removal of the coach as well as any parties who have broken child abuse laws pertaining thereto.

Thaddeus Moore

SR

**Thaddeus Moore** <thaddeusm090@gmail.com> Tue, Jan 3, 2012 at 2:02 PM
To: Joeann.Weaver@baltimorepolice.org
Cc: Fran.Allen@mail.house.gov
Bcc: csorrell@umd.edu

[Quoted text hidden]

EXHIBIT B3

B4



Thaddeus Moore <thaddeusm090@gmail.com>

# FW: Latest draft e-mail to Mr. Moore

2 messages

**Barry Fitzpatrick** <barry@admin.msjnet.edu> Tue, Oct 26, 2010 at 5:53 PM
To: "thaddeusm090@gmail.com" <thaddeusm090@gmail.com>

**From:** Barry Fitzpatrick
**Sent:** Tuesday, October 26, 2010 4:33 PM
**To:** 'Kathy Hoskins'; Br. James Kelly
**Subject:** Latest draft e-mail to Mr. Moore

Dear Mr. Moore,

Thank you for your e-mail of October 25th. Given that your recounting of our conversation on Monday, October 25th, is not entirely as I recall it, I thought it best to re-state exactly what I said to you when we spoke on Monday.

I called you Monday, and you said immediately that you did not want to talk to me but to Brother James. When I explained that Brother asked me to call you, you said to go ahead, and I made three points:

- We have investigated each of the cases you bring up in your earlier e-mails, none of which involve your son. In each case, parents were contacted, the coach was spoken to in the presence of the athletic director, and the matters were settled with parents, coaches, the athletic director, and the young men involved. No parent involved has asked us to investigate claims of child abuse, and we do not believe that the incidents are reportable as such under Maryland law. You re-stated to me Monday on the phone that your issue with your son is playing time.

- None of the incidents you describe rise to the level of child abuse. This is not to say that unacceptable behavior on the part of anyone on our staff should be overlooked because of definitions, legal and otherwise. It is only to say that none of the incidents you described are child abuse. Were they, they would have been reported to the proper authorities. You called in a "911" call to the local police jurisdiction, and the local major sent a lieutenant out to campus to investigate. I stated to the lieutenant exactly what I stated to you Monday regarding the coach's interaction with the student. The lieutenant made the determination that the incident was not abuse.

- The School has no intention of removing anyone from our coaching staff based on the incidents mentioned in your e-mails. As noted above, each matter was reviewed, and appropriate actions were taken.

On Monday, you indicated to me that you were pursuing legal action, although none of the incidents that you mentioned involved your son. Litigation, or the threat of litigation, clearly is not the relationship that we seek to have with Mount students and their families. Today, you arrived unannounced in my office with two Baltimore City police officers who heard the same details I just described above. You were not satisfied with their response, and you asked

EXHIBIT B4





for their supervisor to appear on campus so you could speak to him. He told you that no report will be filed because no abuse has occurred. If you continue to pursue the course of action which you indicated on Monday, please have your attorney write to Brother James Kelly, CFX, the School's president, so that we can refer the matter to the School's legal counsel.

Sincerely,

Barry J. Fitzpatrick

Principal

Barry J. Fitzpatrick

Principal

Mount Saint Joseph High School

4403 Frederick Avenue

Baltimore, MD 21229

410-646-6225

410-646-6221 fax

www.msjnet.edu

---

**Thaddeus Moore** <thaddeusm090@gmail.com> Mon, Nov 29, 2010 at 12:24 PM
To: prbj1@juno.com
Bcc: csorrell@umd.edu

[Quoted text hidden]



Thaddeus Moore <thaddeusm090@gmail.com>

## Child Abuse at MSJ

2 messages

**Thaddeus Moore** <thaddeusm090@gmail.com> Wed, Oct 27, 2010 at 8:51 PM
To: jkelly@admin.msjnet.edu
Cc: barry@admin.msjnet.edu, Ahession@xaverianbrothers.org
Bcc: thaddeusm090@gmail.com, csorrell@umd.edu

This is to confirm my conversation with Bro. James Kelly this morning as well as confirmation of email received from Principal Barry Fitzpatrick today. Again you have failed to correctly recall what actually took place yesterday as you did involving the suspension two years previous Mr. Fitzpatrick, or at least your documentation of it is incorrect. Child Abuse is a very serious subject for any child and parent but especially when it is my child. Yes I did show up unannounced at your office yesterday with officer Riley and agent Simmons yesterday, and agent Simmons did state that there was a law stating a person is prohibited from using profanity directed at another person, but rarely enforced in Baltimore City. But previous to the meeting at your office I was advised to ask for the ranking officer on duty to appear if the officer was reluctant. I did so and lieutenant Schulenberg did appear, however you were not present in the office. At which time the lieutenant stated to me the correct state agency to file a report of Child Abuse at, after leaving your office I did contact the agency and a report of Child Abuse was filed. At first I found it quite odd that after officer Riley asked Mr. Fitzpatrick to bring the coach into the meeting and his refusal to do so, but then after recalling my son telling me " the coach talks down to not only players but other coaches as though he is some king" which has led to the verbal confrontation between not only other coaches but parents as well, which was why I declined to meet with the coach as my son feared a physical confrontation would take place at the time. In the meeting also Mr. Fitzpatrick also stated this is all about my sons playing time, this too is incorrect. This is about something much bigger than football, this is about Child Abuse!. As I stated to Bro. James this morning after preliminary investigation with the agency you will be notified of status of the situation.

Thaddeus Moore Sr

**Thaddeus Moore** <thaddeusm090@gmail.com> Tue, Jan 3, 2012 at 2:14 PM
To: Joeann.Weaver@baltimorepolice.org
Cc: Fran.Allen@mail.house.gov
Bcc: csorrell@umd.edu

[Quoted text hidden]

EXHIBIT B5



Thaddeus Moore <thaddeusm090@gmail.com>

# Mr. Leimkuhler

3 messages

**Br. James Kelly** <jkelly@admin.msjnet.edu> Wed, Dec 1, 2010 at 11:12 AM
To: Thaddeus Moore <thaddeusm090@gmail.com>

Mr. Moore

I have given your phone number to the chairman of the Mount's board, Mr. Urban Leimkuhler. He will call you today or tomorrow.

Brother James

Brother James M. Kelly, C.F.X.
Mount Saint Joseph
President

(410) 646-6211 Work
JKELLY@admin.msjnet.edu
4403 Frederick Avenue
Baltimore, Md 21229
www.msjnet.edu

**Brother James M Kelly C F X .vcf**
5K

**Thaddeus Moore** <thaddeusm090@gmail.com> Mon, Feb 7, 2011 at 12:05 PM
To: Mmcgrath@dhr.state.md.us

[Quoted text hidden]

**Brother James M Kelly C F X .vcf**
5K

**Thaddeus Moore** <thaddeusm090@gmail.com> Mon, Jan 2, 2012 at 5:52 PM
To: thaddeusm090 <thaddeusm090@gmail.com>

[Quoted text hidden]

**Brother James M Kelly C F X .vcf**
5K

EXHIBIT B6