

Thaddeus Moore <thaddeusm090@gmail.com>

---

## CHILD ABUSE at MSJ
5 messages

---

**Thaddeus Moore** <thaddeusm090@gmail.com>　　　　　　　　　Mon, Jan 24, 2011 at 10:03 AM
To: MSerene@dhr.state.md.us
Bcc: csorrell@umd.edu, thaddeusm090@gmail.com, pbr1@juno.com

My name is Thaddeus Moore SR and I am writing this email to the interested parties regarding Child Abuse that has occurred at Mount Saint Joseph. It is my firm belief that my child has been targeted by a man who is a pedophile; that person being the Principal Barry Fitzpatrick. Who is a known homosexual. While this is known by parents and students alike, this is his second offense of his abuse of power towards my son.

This abuse started when my son was a freshman at MSJ. He was suspended from school for telling a joke in private after school hours and was detained until he was forced to tell what the joke he said was to Mr. Murphy. After the suspension he was ordered to take mental evaluation at school. Even though his parents strongly disagreed with the schools actions we permitted him to stay at the school because he liked it then. This abuse continued with the hiring of coach Henry Blake whose Overt ABUSE was clear when he told Drexel Mosby to "get your sorry ass out of practice" this after having thrown my son out of practice two times for no explained reason. The abuse continued 2 days later in Boston Mass when the coach told junior Hunter Eubanks to stay in the locker room, this because the coach felt he was not hustling enough during pre-game warm ups. After 30 minutes or so there the coach went to the locker room and told the player to sit in the stands and not with the team. My son later stated in counseling session that at this point he was at his "breaking point". This after the verbal abuse to him as well as other players witnessed by the entire team. The overt abuse to my son by demeaning insulting and ignoring had been well established. Only to have been accompanied the Control and abuse by proxy that was clearly in place at the time because this was the fourth game of his senior season he didn't play. After starting the season at strong side linebacker and being the most experienced tallest strongest and fastest and productive linebackers on the team. I encourage investigators to view the tapes of the games. Never was a discouraging attitude displayed by this senior player only encouragement to his fellow teammates. After initial contact with Bro. James Kelly and several emails the mental abuse culminated on the field when this senior on senior day was not permitted to play in a game where his team was behind 49-0 in the first half of the game. The fostering of an enviorment of fear and intimidation is certainly present as that confirmation can be obtained in the emails of which I will provide upon request.
　　　　　　　　　Thaddeus Moore Sr

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>　　　　　Mon, Jan 24, 2011 at 10:03 AM
To: thaddeusm090@gmail.com

Delivery to the following recipient failed permanently:

　　pbr1@juno.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 pbr1@juno.com is not a valid user (state 14).

----- Original message -----

MIME-Version: 1.0
Received: by 10.14.3.14 with SMTP id 14mr3692427eeg.35.1295881427340; Mon, 24 Jan 2011 07:03:47 -0800 (PST)
Received: by 10.14.48.69 with HTTP; Mon, 24 Jan 2011 07:03:47 -0800 (PST)
Date: Mon, 24 Jan 2011 10:03:47 -0500
Message-ID: <AANLkTikmw+cYFNLGRaTWwc+RgYKsmrShhFPmYQY+btAh@mail.gmail.com>

EXHIBIT C