

**State of Maryland**
**DHR**
Maryland's Human Services Agency

# DEPARTMENT OF HUMAN RESOURCES
## Baltimore City
### Department of Social Services

David H. Thompson, Jr., LCPC
Interim Director

Talmadge Branch Building
1910 N. Broadway
Baltimore, Maryland
21213

Director's Office:
443-378-4600

General Information:
1-800-332-6347



Stephanie Rawlings-Blake
Mayor

8/25/14

Mr. Thaddeus Moore
10069 Guilford Road
Jessup, MD 20794

Dear Mr. Moore:

In response to your request via phone on 8/25/14 this letter is to confirm that you did make a report to the Baltimore City Child Abuse Hotline on 11/24/2011 in regards to possible child maltreatment at the Mount Saint Joseph's School. That report was received, but not accepted for investigation. Please feel free to contact us with an questions, concerns, or additional information.

Sincerely,

Michael Serene, LCSW-C
Supervisor, CPS/Safety Screening Hotline
Baltimore City DSS
1900 North Howard Street
Baltimore, MD 21218
443-423-7177

Follow us at
http://twitter.com/BCDSSDirector
https://www.facebook.com/BaltimoreCityDSS
www.dhr.state.md.us/county/baltimorecity/
Become A Foster Parent by calling
410-685-8231

Martin O'Malley, Governor • Anthony G. Brown, Lt. Governor • Theodore Dallas, Secretary

EXHIBIT D
EXHIBIT