

ATTN: MS WEESE

Thaddeus Moore <thaddeusm090@gmail.com>

---

# Child Neglect & Child Abuse at Mount St. Joseph High School (MSJ)

1 message

---

**Thaddeus Moore <thaddeusm090@gmail.com>**  Wed, Jul 13, 2011 at 2:47 PM
To: lshevitz@msde.state.md.us
Bcc: thaddeusm090@gmail.com

Dear Mrs. Shevitz:

This is following up on my conversation with you on Tuesday, July 12, 2011 regarding child neglect and child abuse at MSJ. I contacted the Baltimore City Police Department who referred me to Child Protective Services (CPS). Mr. Michael Serene initially took the complaint and stated something seemed wrong. Later, the director of CPS, Molly McGrath, refused to investigate my complaint and later the person to appeal to, Ms. Cynthia Perkins, also refused to investigate it.

I am not only appalled at their refusal to investigate a complaint of this severity, which is corroborated by several other parents and students all of whom are African American, against staff who are all white. These complaints include but are not limited to coaches telling children to get their "sorry ass out of practice" which occurred on October 7, 2010 by head football coach Henry Blake to player Drexel Mosby in front of other players and later that day the coach argued with the mother of the child telling her, "I don't need him; you can send him to public school." This child was later provided psychological counseling and paid tuition by the school.

Two days later this same coach told a player on a trip to Boston Mass. to stay in the the locker room after pre-game warmups and not go out with the rest of the team because the coach felt he was not hustling enough. After about a half hour of being in the locker room that player was told to sit in the stands away from the team. My son later said (while in conference with a psychologist)" I was at my breaking point when this happened in Boston." When the parents of Drexel Mosby met with the principal, the president, and the coach the police were called to the school but the police were told that no abuse occurred.

While my son, Thaddeus Moore II, was initially the team's starting linebacker verified in game film, but after the second game was not permitted to play other than kick off during this his senior year. Thus, this nullified his chances for a scholarship to a major college/university after having been recognized by the University of Maryland, Michigan State, and other schools in his junior year.

I will forward emails regarding the entire situation with my son, how it was handled when I went to the school about the child abuse and neglect with the police and asked for the coach to be brought into the principal's to answer these charges. The officer stated, "Please go and get the coach." The principal, Mr. Barry Fitzpatrick, refused stating that he would not get the coach as long as I was on the school property. I believe Mr. Fitzpatrick was the catalyst regarding the neglect from the coach toward my child, which is "Abuse By Proxy." We have had previous documented indifferences with detaining my son after school in his freshmen year without probable cause and suspending him over a conversation that my son had with other students in private after school hours.

In another incident in basketball at MSJ, Coach Pat McClatchy did a similar situation to Senior Forward Trey Clinton. Clinton was called a "Pussy" during the game by this coach and when Penn State University came to recruit this senior they were told, "we don't know who would want him. He's a big Pussy." This is contrary to what the child's AAU Basketball Coach, Mr. Harold Vaughn, stated regarding Trey's athletic abilities. Coach Vaughn said that Trey had no confidence while playing for Coach McClatchy but during his AAU seasons, during the same time that Trey was at MSJ, his confidence plummeted while under Coach McClatchy. Trey was always a confident player during AAU Basketball minus the name calling! During his senior season, this player told his mother, "Mom, I need to quit. Something bad is about to happen." This child was later expelled

EXHIBIT F

from MSJ for purchasing of marijuana. This situation is identical to what happened several years previously to another MSJ student, Danny Reid from Coach and now Assistant Principal Norton.

The phone number to MSJ is 410.644.3300, my phone number is 301.642.6938 and do not hesitate to contact me for the phone numbers of involved parents.

FYI: MSJ has emphatically declined all requests to meet with faculty and staff regarding these incidences. This can be confirmed by the Office of Congressman Elijah Cummings, whose assistant Felicia Lane also agrees that it is quite odd that the staff declined to meet with me or any parents. None of the coaches were removed or reprimanded in any way regarding any of these incidences. After meeting with the psychologist for my son, I stated to him as well as to you during our conversation that the actions of the MSJ staff and faculty are the very things that provoke school shootings. The psychologist agreed. If you have any questions I can be reached at (301) 642-6938

                                                                                                                    Thaddeus Moore