ELIJAH E. CUMMINGS
7TH DISTRICT, MARYLAND

RANKING MEMBER, COMMITTEE ON
OVERSIGHT AND GOVERNMENT REFORM

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
  SUBCOMMITTEE ON COAST
  GUARD AND MARITIME TRANSPORTATION
  SUBCOMMITTEE ON
  HIGHWAYS AND TRANSIT

JOINT ECONOMIC COMMITTEE

# Congress of the United States
## House of Representatives
### Washington, DC 20515

☐ 2235 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-2007
(202) 225-4741
FAX: (202) 225-3178

DISTRICT OFFICES:

☒ 1010 PARK AVENUE
SUITE 105
BALTIMORE, MD 21201-5037
(410) 685-9199
FAX: (410) 685-9399

☐ 754 FREDERICK ROAD
CATONSVILLE, MD 21228-4504
(410) 719-8777
FAX: (410) 455-0110

☐ 8267 MAIN STREET
ROOM 102
ELLICOTT CITY, MD 21043-9903
(410) 465-8259
FAX: (410) 465-8740

www.house.gov/cummings

January 27, 2012

Mr. Thaddeus Moore
10069 Guilford Road
Jessup, Maryland 20794-9541

Dear Mr. Moore:

I have enclosed a copy of the response from Deputy Major Martin Bartness with the Baltimore City Police Department regarding your child abuse complaint and your police investigation request. If you have any questions about the police investigation outcome, please contact the Office of the Police Commissioner at (410) 396-2020.

If you are dissatisfied with the police investigation outcome or the decisions of the Baltimore City Department of Social Services and the Office of the State's Attorney of Baltimore City, you can seek legal advice from the Lawyer Referral Service at (410) 313-2030

Finally, I have exhausted all avenues of assistance to assist you in this manner. Therefore, I have directed my staff to close this case. Should you require assistance with another matter, please do not hesitate to contact me or my Special Assistant, Ms. Philisha Lane, at (410) 685-9199.

Sincerely,

Elijah E. Cummings
Member of Congress

EEC: pl

Enclosures

EXHIBIT H