


# BALTIMORE POLICE DEPARTMENT

January 6, 2012

STEPHANIE RAWLINGS-BLAKE
Mayor

FREDERICK H. BEALEFELD, III
Police Commissioner

Congressman Elijah Cummings
U.S. House of Representatives
1010 Park Ave, Ste. 105
Baltimore, MD 21201-5637

Dear Congressman Cummings:

I am writing at the request of Mr. Thaddeus Moore, who has repeatedly appealed to the Baltimore Police Department, Baltimore City Office of the State's Attorney, Baltimore City Department of Social Services, and administrative staff of Mount Saint Joseph High School, to investigate his allegations of child abuse against the school's head football coach. His most recent written e-mail to the Baltimore Police Department, sent December 27, 2011, requests "all correspondence go thr[ough] the [O]ffice of the [H]onorable Elijah Cummings."

In his report to the Baltimore Police Department on October 26, 2010, Mr. Moore accuses the football coach, Mr. Blake Henry, of "mentally and emotionally abusing" his son and other players on the football team. Contrary to Mr. Moore's claims, all three agencies and the school have thoroughly reviewed and/or investigated his allegations. In a letter dated February 10, 2011, Molly McGrath Tierney, Director of DSS, wrote to Mr. Moore that the "incidents you describe to me do not fall within Maryland's definition of abuse and neglect... I will not be able to open an investigation based on your report at this time." Julie Drake, Division Chief of the Family Violence Division of the Office of the State's Attorney, advised Mr. Moore that prosecutors would need to speak with his son in order to determine if a crime occurred. Mr. Moore has repeatedly refused to make his son available for interview, and the son is now 18 and attending college out-of-state. Barry Fitzpatrick, Principal of Mount Saint Joseph High School, wrote in an e-mail to Mr. Moore, "We have investigated each of the cases you bring up in your earlier e-mails, none of which involve your son... No parent involved has asked us to investigate claims of child abuse, and we do not believe that the incidents are reportable as such under Maryland law."

The Baltimore Police Department – indeed, all parties to whom Mr. Moore has appealed – have been very responsive to his calls for action. His allegations do not merit further time and attention.

Sincerely,

Deputy Major Martin Bartness
Commander
Special Investigations Section

c/o 242 W. 29th Street • Baltimore, Maryland 21211