STATE'S ATTORNEY
Gregg L. Bernstein

OFFICE *of the* STATE'S ATTORNEY *for* BALTIMORE CITY
THE CLARENCE M. MITCHELL, JR. COURTHOUSE
100 North Calvert Street   Baltimore, Maryland 21202

DIRECT DIAL
(410) 396-4001

September 12, 2011

(VIA EMAIL thaddeusm090@gmail.com)
Mr. Thaddeus Moore

Dear Mr. Moore:

    I have reviewed your emails regarding the matter involving your son and his high school. I also have discussed this matter with the Assistant State's Attorney responsible for investigating your allegations. Based on my review, I am satisfied that there is no basis for further investigation or criminal prosecution. To the extent that you believe your son was mistreated by the teachers and coaches at his school, I suggest you take this matter up with them directly.

Very truly yours,

Gregg L. Bernstein
State's Attorney for Baltimore City

GLB/svh

cc: Julie Drake, Assistant State's Attorney

EXHIBIT J